David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581-0780
Tel. (707) 252-7007
Fax. (707) 252-7883
David@Lindenlaw.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDI LEE TOBIN, | ) Case No.: 3:10-cv-2937 SI |
| Plaintiff, | ) STIPULATION AND ORDER FOR ) EXTENSION |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Plaintiff shall have a 30-day extension of time, up to and including December 13, 2010, in which to file Plaintiff's Motion for Summary Judgment.  This extension is requested because of the workload of Plaintiff's attorneys.

Tobin v. Astrue Stipulation and Order, 3:10-cv-2937 SI                                          Page 1

Respectfully submitted,

Date:   November 10, 2010          */s/ David J. Linden*
                                   DAVID J. LINDEN
                                   Attorney for Plaintiff


                                   MELINDA L. HAAG
                                   United States Attorney

Date:   November 10, 2010   By  */s/ Shea Lita Bond*
                                [authorized via electronic mail on 11/09/10]
                                   SHEA LITA BOND
                                   Special Assistant US Attorney


PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff shall have up to and including December 13, 2010, to submit her Motion for Summary Judgment.



DATED:  _____      _____
                                   SUSAN ILLSTON
                              UNITED STATES DISTRICT JUDGE