```
David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581-0780
Tel. (707) 252-7007
Fax. (707) 252-7883
David@Lindenlaw.net

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDI LEE TOBIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner<br>　　of Social Security,<br><br>　　　　Defendant. | Case No.: 3:10-cv-2937 SI<br><br>STIPULATION AND ORDER FOR EXTENSION |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Plaintiff shall have an extension of time, up to and including February 18, 2011, in which to file Plaintiff's Reply to Defendant's Cross-Motion for Summary Judgment.  This extension is requested because of the workload of Plaintiff's attorneys.

Respectfully submitted,

Date: January 21, 2011          /s/ David J. Linden
                                DAVID J. LINDEN
                                Attorney for Plaintiff


                                MELINDA L. HAAG
                                United States Attorney

Date: January 21, 2011    By    /s/ Shea Lita Bond
                                [authorized via electronic mail on 01/21/2011]
                                SHEA LITA BOND
                                Special Assistant US Attorney

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff shall have up to and including February 18, 2011, to submit her Reply to Defendant's Cross-Motion for Summary Judgment.

DATED: _____          _____
                                 SUSAN ILLSTON
                                 UNITED STATES DISTRICT JUDGE