```
David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581-0780
Tel. (707) 252-7007
Fax. (707) 252-7883
David@Lindenlaw.net

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDI LEE TOBIN, | ) Case No.: 3:10-cv-2937 SI |
| Plaintiff, | ) STIPULATION AND ORDER FOR ) EXTENSION |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Plaintiff shall have an extension of time, up to and including June 5, 2012, in which to file Plaintiff's Reply to Defendant's Memorandum of Points and Authorities in Opposition to Plaintiff's Application for Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. §2412(d).

1  This extension is requested because of the workload of
2  Plaintiff's attorneys.
3      Respectfully submitted,
4
5  Date:  May 15, 2012            /s/ David J. Linden
                                   DAVID J. LINDEN
6                                  Attorney for Plaintiff
7
8                                  MELINDA L. HAAG
                                   United States Attorney
9
10 Date:  May 15, 2012   By       /s/ Shea Lita Bond
                                [authorized via electronic mail on 05/15/2012]
11                                 SHEA LITA BOND
                                   Special Assistant US Attorney
12
13 PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff shall have
14 up to and including June 5, 2012, to submit her Reply to
15 Defendant's Memorandum of Points and Authorities in Opposition
16 to Plaintiff's Application for Attorney's Fees Under the Equal
17 Access to Justice Act.
18
19
20
21 DATED:  __5/16/12_____    _____
                                   SUSAN ILLSTON
22                                 UNITED STATES DISTRICT JUDGE
23
24
25

Tobin v. Astrue Stipulation and Order, 3:10-cv-2937 SI                    Page 2