David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581-0780
Tel. (707) 252-7007
Fax. (707) 252-7883
David@Lindenlaw.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDI LEE TOBIN, | ) Case No.: 3:10-cv-2937 SI |
| Plaintiff, | ) STIPULATION AND ORDER FOR ) EXTENSION |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Plaintiff shall have an extension of time, up to and including June 5, 2012, in which to file Plaintiff's Reply to Defendant's Memorandum of Points and Authorities in Opposition to Plaintiff's Application for Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. §2412(d).

Tobin v. Astrue Stipulation and Order, 3:10-cv-2937 SI                                    Page 1

This extension is requested because of the workload of Plaintiff's attorneys.

Respectfully submitted,

Date: May 15, 2012          /s/ David J. Linden
                            DAVID J. LINDEN
                            Attorney for Plaintiff


                            MELINDA L. HAAG
                            United States Attorney

Date: May 15, 2012    By    /s/ Shea Lita Bond
                            [authorized via electronic mail on 05/15/2012]
                            SHEA LITA BOND
                            Special Assistant US Attorney


PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff shall have up to and including June 5, 2012, to submit her Reply to Defendant's Memorandum of Points and Authorities in Opposition to Plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act.


DATED:  __5/16/12_____          _____
                                     SUSAN ILLSTON
                                     UNITED STATES DISTRICT JUDGE