IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CANDI L. TOBIN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.
                                /

No. C 10-02937 SI

**ORDER AMENDING JULY 25, 2012 ORDER**

On July 25, 2012, the Court granted plaintiff's motion for attorneys fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Docket No. 35. Plaintiff was awarded $10,774.41, representing costs and fees for all work reasonably expended to litigate the merits of her claim, except for 9.25 hours that plaintiff's counsel spent on plaintiff's unsuccessful motion to alter or amend the judgment. On August 6, 2012, plaintiff filed what the Court construes as a motion to amend. In that motion, plaintiff notes that in her reply in support of fees plaintiff also asked to be compensated for 8 hours of time spent on her EAJA fee motion, but that request was not addressed in the Court's order granting her motion for EAJA fees. *See* Docket No. 36. To date, defendant has not filed a response to plaintiff's August 6, 2012 letter.

The Court agrees that plaintiff is entitled to fees for work on her EAJA motion and finds that the 8 hours claimed at the statutory rate is reasonable. Therefore, the Court's July 25, 2012 Order is HEREBY AMENDED and plaintiff is awarded a total of $12,219.13 for fees and costs incurred in this action.

**IT IS SO ORDERED.**

Dated: August 22, 2012

                                                                   SUSAN ILLSTON
                                                                   United States District Judge